EXHIBIT 1



**CONFIDENTIAL**

July 17, 2020

**VIA EMAIL**

American Electric Power Service Corporation

ATTN: Jeffrey W Hoersdig <jwhoersdig@aep.com>; James Llende <jxllende@aep.com>; Kevin D Keller <kdkeller@aep.com>; Anthony J Swaneck <ajswaneck@aep.com>

RE: Protecting PowerPlan Proprietary Software and Intellectual Property Rights

Dear Messrs. Hoersdig, Llende, Keller, and Swaneck:

    Thank you for being a valued customer and partner of PowerPlan. In the spirit of this partnership, I am writing to again raise a concern that PowerPlan has about access to our software and associated intellectual property by a specific third-party: Lucasys Inc. Lucasys offers consulting services associated with PowerPlan software and software solutions that compete with PowerPlan software. To protect our intellectual property, including trade secrets, we cannot permit our customers to provide Lucasys with access to our proprietary software and associated confidential information while Lucasys is simultaneously developing, marketing, and selling competitive software to those same customers. This would create an intolerable risk that Lucasys will misuse and misappropriate our confidential information and unfairly use it to develop, market, and sell its competing software.

    PowerPlan is proactively alerting our customers about this intellectual property protection concern to help avoid a potentially compromising situation. Our software license and subscription agreements require that AEP obtain our consent prior to disclosing our confidential information to third parties. Please be advised that, pursuant to those provisions, **PowerPlan does <u>not</u> consent to Lucasys having access to our software or associated confidential information.**

    PowerPlan consent is not required for AEP to retain Lucasys for projects that will not involve access to, disclosure of, or working with PowerPlan software, data models, or other confidential information. Additionally, PowerPlan consent is not required for AEP to provide their data, in raw form, to Lucasys, as long as it is done in a way that does not involve Lucasys accessing PowerPlan's software, data models or schema, including the underlying database, to retrieve such data.

    The remainder of this letter provides answers to certain questions that you may have relating to what your contract with PowerPlan says about confidential information, and the scope of PowerPlan's confidential and proprietary information.

**What does my contract with PowerPlan say about confidential information?**

    To protect and preserve our intellectual property, including trade secrets, we take reasonable steps to maintain the confidentiality of our software and associated information. The PowerPlant System Perpetual Licensing Agreement between our companies (the "License Agreement") includes provisions in Article 14 in which you acknowledge PowerPlan's proprietary rights in and to its software, including computer programs, manuals and supporting materials, and agree to maintain the confidentiality of this information by refraining from using, disclosing, publishing or divulging the information to any third-party without our consent, and by employing no less stringent procedures than the strictest procedures used to protect its own confidential information.

**What are examples of PowerPlan's confidential information and trade secrets?**

    PowerPlan's intellectual property includes the confidential and proprietary information and trade secrets embodied within our unique and sophisticated software solutions. This includes our source code, system and database architecture, database models and structures, and various unique and integrated features and functions thereof. Our confidential



**CONFIDENTIAL**

information also includes user guides and other documentation, professional services deliverables, information relating to our software design sessions and workshops, and our training classes and materials.

These examples fall within the definition of confidential information in our license and subscription agreements. They also meet the statutory definition of a trade secret, because they are: (i) not generally known by or available to the public; (ii) provide competitive economic value to PowerPlan; and (iii) are the subject of reasonable efforts to maintain their secrecy.

**What actions amount to disclosure of or providing access to PowerPlan's confidential information?**

Among the information and access that our customers should not provide to Lucasys are the following: (i) front-end user access to PowerPlan's software; (ii) access to your PowerPlan database (whether by a link or credentialed login access provided by you), or to PowerPlan's data model; (iii) user guides and other PowerPlan software documentation; (iv) access to Social Power and other PowerPlan user community sites; (v) professional services deliverables and other project work product; and (vi) invitations or participation in design sessions, software testing, user training, and other project meetings or workshops relating to PowerPlan software.

**Does this letter apply to other third-party access to PowerPlan's confidential information?**

The License Agreement requires that you obtain our consent prior to disclosing our confidential information to third parties. In the future, you will receive an additional communication from a vendor that PowerPlan has engaged to perform a generalized customer audit of third-party access to PowerPlan's software and associated confidential information. We would appreciate your cooperation in responding to that communication.

**Final points**

PowerPlan requests that AEP and its affiliates confirm in writing that no access is currently being provided to Lucasys to PowerPlan's software, including the database architecture and data model, and other confidential information. PowerPlan also requests that AEP and its affiliates ensure that Lucasys is not provided with such access in the future. Please provide a response to confirm PowerPlan's requests or submit any questions regarding this matter via email to Legal@pwrplan.com with the **Subject: Protecting PowerPlan Proprietary Software.** PowerPlan will respond as soon as possible to assist in resolving this matter.

Once again, thank you for your investment with PowerPlan and for your partnership in protecting PowerPlan's confidential information.

Sincerely,

*Brett Bertz*
3FAF2E92A3954A9...

Brett Bertz
Chief Customer Officer


Cc:     Jonathan Sucher, Associate General Counsel