EXHIBIT 2

DocuSign Envelope ID: FE6372A1-2133-4B00-B93D-7E2D05AC1327



December 5, 2019

**VIA EMAIL**

American Electric Power Service Corporation
ATTN: Jeffrey W Hoersdig <jwhoersdig@aep.com>; James X Llende <jxllende@aep.com>; Kevin D Keller <kdkeller@aep.com>; Chris B Morris <cbmorris@aep.com>; Anthony J Swaneck <ajswaneck@aep.com>; Julie E Sanders <jesanders2@aep.com>

RE: Protecting PowerPlan Proprietary Software and Intellectual Property Rights

Messrs. Hoersdig, Llende, Keller, Morris, Swaneck, and Ms. Sanders:

At PowerPlan, one of our most valuable assets is our intellectual property. This intellectual property includes the confidential and proprietary information and trade secrets embodied within our unique and sophisticated software solutions, including the source code, system and database architecture, databases, database models and structures, and various unique and integrated features and functions thereof. To protect and preserve these rights, we take reasonable steps to maintain the confidentiality of our software programs and solutions.

You may be aware that we include confidentiality provisions in our software license agreements with our customers. For example, the PowerPlant System Perpetual Licensing Agreement (the "License Agreement") between our companies includes provisions in Article 14 in which AEP acknowledges PowerPlan's proprietary rights in and to its software, including computer programs, manuals and supporting materials, and agrees to maintain the confidentiality of this information by refraining from using, disclosing, publishing or divulging the information to any third-party without our consent, and by employing no less stringent procedures than the strictest procedures used to protect its own confidential data.

We understand that you utilize third-parties to perform services related to our software from time to time. Nevertheless, please be advised that continued or future use of such third-parties will require our consent in compliance with the License Agreement. It is our understanding that one such third-party used by you to perform this consulting work on the PowerPlan software is Lucasys Inc. It is PowerPlan's understanding that Lucasys has been developing software that directly competes with our software, and recently started marketing and seeking to sell that software to our customer base. As I am sure you can understand, to protect our trade secrets and other intellectual property, we cannot permit Lucasys to have access to our confidential and proprietary software through our customers while Lucasys simultaneously develops, markets, and sells the same kind of software to the same customer base in direct competition with us. This creates an intolerable risk for us – and you – that Lucasys may continue or begin to misuse or misappropriate our confidential information and trade secrets and unfairly use them to develop, market, and sell its competing software.

Accordingly, this confirms our expectation that AEP and its affiliates will cease providing Lucasys with access to our software and aforementioned intellectual property, including the database architecture and data model. Further, we ask that you notify us of any other third parties that currently have access through AEP to the PowerPlan software and associated database, via database link or otherwise, and (whether monitored, managed, or logged by you), and of the confidentiality arrangement you have in place with such parties. This will allow us to determine whether our intellectual property is sufficiently protected, while continuing to partner with you to minimize disruption to your strategic PowerPlan software-related initiatives.

If you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

*Brett Bertz*
3FAF2E92A3954A9...
Brett Bertz
Chief Customer Officer


Cc:     Jim Dahlby, VP of Strategy
        Jonathan Sucher, Senior Corporate Counsel