# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC.,<br><br>                     *Plaintiff,*<br><br>v.<br><br>POWERPLAN, INC.,<br><br>                     *Defendant.* | Civil Action No.: 1:20-CV-02987-AT<br><br>Judge Amy Totenberg |

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME AND MODIFICATION OF SCHEDULING ORDER

Lucasys Inc. and PowerPlan, Inc. have jointly moved this Court to extend the discovery period in this matter through and including December 23, 2022, and to modify the Scheduling Order to extend all other deadlines accordingly. Having considered the motion and the Parties' reasons for requesting an extension, for good cause shown, it is hereby ORDERED as follows:

1. The dates in the Court's previously entered scheduling order [Doc. 67] are hereby amended as follows:

| | Current Deadline | Amended Deadline |
|---|---|---|
| Opposition to Lucasys' motion for leave to amend Complaint | May 24, 2022 | June 30, 2022 |
| PowerPlan's amendment of Counterclaims | June 9, 2022 | June 30, 2022 |

| Complete fact discovery | June 28, 2022 | August 31, 2022 |
| --- | --- | --- |
| Each party to disclose expert reports on its primary claims | August 9, 2022 | October 14, 2022 |
| Rebuttal and reply experts and expert reports | September 27, 2022 | December 2, 2022 |
| All discovery closes | October 28, 2022 | December 23, 2022 |
| Dispositive motions | November 28, 2022 | January 27, 2023 |

SO ORDERED this 25th day of May, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE