# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., *Plaintiff*, v. POWERPLAN, INC., *Defendant*. | Civil Action No.: 1:20-CV-02987-AT  Judge Amy Totenberg |

### NOTICE OF DEPOSITION OF CHRISTINE S. MEYER, PH.D.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, counsel for Defendant PowerPlan, Inc. will take the oral deposition of **Christine S. Meyer, Ph.D.** at the office of **Robbins Alloy Belinfante Littlefield LLC, 500 14th Street, N.W., Atlanta, GA 30318**, unless the parties agree on another location, on **March 15, 2023**, beginning at **9:00 a.m.** and continuing thereafter until completed.

The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The deposition will be taken by oral examination with a written and/or sound and visual record made thereof (e.g., videotape, LiveNote, etc.). The deposition will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or other applicable law.

1

This 6th day of March, 2023

        */s/ Damond R. Mace*
Damond R. Mace (admitted pro hac vice)
Damond.Mace@squirepb.com
Stephen M. Fazio (admitted pro hac vice)
Stephen.Fazio@squirepb.com
Steven A. Friedman (admitted pro hac vice)
Steven.Friedman@squirepb.com
Janine C. Little (admitted pro hac vice)
Janine.Little@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

Petrina A. McDaniel
Georgia Bar No. 141301
Petrina.mcdaniel@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (678) 272-3200
Facsimile: (678) 272-3211

*Attorneys for Defendant PowerPlan, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF DEPOSITION OF CHRISTINE S. MEYER, PH.D.** with the Clerk of Court using the CM/ECF electronic filing system, which will send electronic notification of such filing to all counsel of record.

This 6th day of March 2023.

                                                  */s/ Damond R. Mace*
                                                  Damond R. Mace

                                                  *Attorney for Defendant PowerPlan, Inc.*