IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., *Plaintiff,* v. POWERPLAN, INC., *Defendant.* | Civil Action No.: 1:20-CV-02987-AT Judge Amy Totenberg |

## ▬▬▬▬▬ ORDER ON CONSENT MOTION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Before the Court is Lucasys Inc.'s Consent Motion to Amend Complaint and for Extension of Time to File Dispositive Motions. Plaintiff Lucasys Inc., with PowerPlan, Inc.'s consent, has moved this Court for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and to extend the dispositive motion deadline in this matter by one week through and including April 21, 2023. Having considered the Motion, for good cause shown, the Court hereby **GRANTS** the Motion and **DIRECTS** the Clerk of Court to docket Plaintiff's Second Amended Complaint. The Court further **ORDERS** that the Court's previously entered scheduling order (Doc. 142) be amended such that the deadline for filing

dispositive motions in this action shall be extended through and including **April 21, 2023**,

    SO ORDERED this <u>13th</u> day of April, 2023.

                                        _____
                                        **HON. AMY TOTENBERG**
                                        **UNITED STATES DISTRICT COURT**