# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-02987-AT
## Lucasys Inc. v. Powerplan, Inc.
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 04/20/2023.

TIME COURT COMMENCED: 03:00 P.M.
TIME COURT CONCLUDED: 03:15 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 00:15                    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Evan Dunn representing Lucasys Inc. |
| | Stephen Fazio representing Powerplan, Inc. |
| | Joshua Mayes representing Lucasys Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Re: procedures for filing Cross-Motions for Summary Judgment. |
| HEARING STATUS: | Hearing Concluded |