IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., | Civil Action No.: 1:20-cv-02987-AT |
| *Plaintiff,* | Judge Amy Totenberg |
| v. | |
| POWERPLAN, INC., | |
| *Defendant.* | |

## ORDER ON JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Lucasys Inc.'s and PowerPlan, Inc.'s Joint Motion for Leave to File Under Seal, and for good cause shown, it is hereby **ORDERED** that the Parties' request for leave to file their (i) briefs in support of motions for summary judgment, (ii) briefs in opposition to motions for summary judgment, (iii) reply briefs in support of motions for summary judgment, (iv) statements of undisputed material facts, and (v) all supporting exhibits is **GRANTED**. The Parties shall unseal nonconfidential information in those documents within fourteen (14) calendar days of filing their reply briefs.

SO ORDERED this 20th day of April, 2023.

_____
Hon. Amy Totenberg
United States District Judge