IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., *Plaintiff*, v. POWERPLAN, INC., *Defendant.* | Civil Action No.: 1:20-cv-02987-AT<br><br>Judge Amy Totenberg<br><br>**DEFENDANT POWERPLAN, INC.'S MOTION FOR SUMMARY JUDGMENT** |

      Defendant PowerPlan, Inc. respectfully requests that this Court enter Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure on all of Plaintiff Lucasys Inc.'s claims. As explained in the attached Memorandum in Support, now that discovery has concluded, there is no issue of material fact that Lucasys' causes of action and claims for relief cannot be maintained as a matter of law.

Respectfully submitted this 21st day of April, 2023.

1

*/s/ Damond R. Mace*

Damond R. Mace (admitted *pro hac vice*)
Damond.Mace@squirepb.com
Stephen M. Fazio (admitted *pro hac vice*)
Stephen.Fazio@squirepb.com
Steven M. Friedman (admitted *pro hac vice*)
Steven.friedman@squirepb.com
Janine C. Little (admitted *pro hac vice*)
Janine.little@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

Petrina A. McDaniel
Georgia Bar No. 141301
Petrina.McDaniel@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (678) 272-3200
Facsimile: (678) 272-3211

*Attorneys for Defendant PowerPlan, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

                                              */s/ Damond R. Mace*
                                              Damond R. Mace

                                              *Attorney for Defendant PowerPlan, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Summary Judgment was served on April 21, 2023 by filing it using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                */s/ Damond R. Mace*
                                                Damond R. Mace

                                                *Attorney for Defendant PowerPlan, Inc.*