# EXHIBIT H

| | |
|---|---|
| **From**: | Vadim Lantukh [vlantukh@lucasys.com] |
| **Sent**: | 1/6/2020 12:03:05 PM |
| **To**: | Kevin D Keller [kdkeller@aep.com] |
| **CC**: | Daniel Chang [dchang@lucasys.com] |
| **BCC**: | 4567130@bcc.hubspot.com |
| **Subject**: | Re: Fixed Asset RFP |
| **Attachments**: | image001.png |

We just heard this morning. I'll forward you the email. From her email, it's not clear that we are the only finalist, but it does sound like Erin is asking for a phone call to discuss a narrowed scope. I sent her my availability for this week.

Thanks,
Vadim

On Mon, Jan 6, 2020 at 11:59 AM Kevin D Keller <kdkeller@aep.com> wrote:

> Hi Guys – Let me know when our procurement team has reached out to you regarding the fixed asset data optimization project.  If they haven't yet, they should be reaching out to you to narrow the scope on the RFP (per our discussion in December) to cut out the new technology component of the RFP and focus on the data clean up/optimization.
>
> Thanks!
>
> Kevin



**KEVIN D KELLER** | **DIR TAX ACCTING & FORECASTING**
KDKELLER@AEP.COM | D:614.716.1994 | C:614.648.7640
1 RIVERSIDE PLAZA, COLUMBUS, OH 43215