# EXHIBIT I



## Transcript of **Luisa Read**

Tuesday, August 9, 2022

*Lucasys Inc. v. Powerplan, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 120751

```
 1

 2                  IN THE UNITED STATES DISTRICT COURT

 3                 FOR THE NORTHERN DISTRICT OF GEORGIA

 4                           ATLANTA DIVISION

 5

 6      LUCASYS INC.,                          )

 7                                             )

 8              Plaintiff,                     )   Civil Action File

 9                                             )   No:1:20-cv-2987-AT

10      v.                                     )

11                                             )

12      POWERPLAN, INC.,                       )

13                                             )

14              Defendant.                     )

15

16

17

18      --- This is the Videotaped Deposition of LUISA READ,

19      taken at the Courtyard by Marriott Burlington/Oakville,

20      Halton Boardroom, 1110 Burloak Drive, Burlington,

21      Ontario, Canada, L7L 6P8, on Tuesday, the 9th day of

22      August, 2022.

23

24

25
```

1    Q.   Does this reflect what Liberty
2    estimated that it would pay Lucasys for this project?
3    A.   Yes.
4    Q.   Was that number negotiated, to
5    your knowledge?
6    A.   I don't, I don't know.  Laura was
7    the one who negotiated it with Lucasys.
8    Q.   Okay.  Do you recall whether there
9    was any discussion with Lucasys that you were aware of
10   as to whether they would potentially do additional work
11   for Liberty down the line after this engagement?
12   A.   Not that I'm aware of, no.
13   Q.   Okay.  You can put that one aside
14   as well.
15        Lucasys did, in fact, perform some work
16   for Liberty; is that right?
17   A.   During this, for this agreement?
18   Q.   That's right, pursuant to the
19   services agreement, Exhibit 2.
20   A.   There -- I believe Lucasys did
21   participate, I don't know how many, but there were a
22   couple of workshops that they did attend initially to
23   start the work that we needed to do.
24   Q.   Okay.  Did Liberty have any issue
25   with the work that Lucasys did?



```
 1                    A.    No.
 2                    Q.    Did Liberty have any reason to
 3      terminate Lucasys based on the work that they did
 4      pursuant to the agreement?
 5                    A.    No.
 6                    Q.    Okay, but Liberty did, in fact,
 7      terminate Lucasys, correct?
 8                    A.    Correct.
 9                    Q.    Okay.  And why was that?
10                    A.    We were made aware by PowerPlan
11      that we are -- we had something in the master services
12      agreement between Liberty and PowerPlan where PowerPlan
13      said we required their consent to have individuals work
14      on their or participate in their workshops and in their
15      sessions.
16                    Q.    And did PowerPlan provide that
17      consent?
18                    A.    They did not.
19                    Q.    Okay.
20                    MR. FAZIO:  Can I just say before you
21      move on, I'm just going to object to the extent
22      we're -- we haven't identified what topics which
23      witness is covering.  This is supposed to be a 30(b)
24      and we've been treating these a bit like they're
25      individual witness depositions, and to the extent we're
```

```
 1    plowing the exact same ground with multiple witnesses,
 2    it's improper under 30(b).  So that's -- I just want to
 3    get my objection to this on the record.
 4                    MS. GAGE:  Okay.
 5                    BY MS. GAGE:
 6            Q.    Would Liberty have continued its
 7    relationship with Lucasys if not for PowerPlan asking
 8    it to terminate that relationship?
 9                    MR. FAZIO:  Objection.  Form.
10    Foundation.
11                    MR. CLARK:  You can go ahead.  I mean,
12    I should have told you that, that there may be times
13    when people object, including me.  Unless I ask you not
14    to answer the question, go ahead and answer it.
15                    THE WITNESS:  Okay.  Can you repeat the
16    question, please?
17                    BY MS. GAGE:
18            Q.    Would Liberty have continued its
19    relationship with Lucasys were it not for PowerPlan
20    objecting to Liberty maintaining the relationship with
21    Lucasys?
22                    MR. FAZIO:  Objection.  Form.
23                    THE WITNESS:  Yes.
24                    BY MS. GAGE:
25            Q.    Okay.  I want to ask you to look
```

1                    Q.   And did he tell you in that

2     morning call that Lucasys could not participate in the

3     workshops?

4                    A.   Yes.

5                    Q.   And what was the reason that he

6     gave you for that?

7                    A.   The reason was we needed to -- we

8     needed to get PowerPlan's consent to have Daniel,

9     Lucasys, participate in the workshops and they were not

10    going to provide the consent.

11                   Q.   Okay.  Did he tell you

12    definitively at that point that they would not provide

13    the consent?

14                   A.   I don't know specifically what we

15    talked about, but we did talk about other options of

16    consideration to work with Lucasys to see if they can

17    continue to participate.

18                   Q.   So did he give you the impression

19    at that time that this issue could be worked out in

20    terms of allowing Lucasys to continue?

21                   A.   Yes.

22                   Q.   Okay.  Looking back at Exhibit 5,

23    I mentioned this earlier, at the very top of the page,

24    there's an e-mail from Mr. Duffy to you within the same

25    chain.  It's Tuesday, April 21st, 2020 at 3:09 p.m.:

```
 1                    Q.   So is it your understanding that
 2     PowerPlan effectively banned you from using Lucasys in
 3     this consulting role?
 4                         MR. FAZIO:  Objection.  Form.
 5                         THE WITNESS:  Based on the interaction
 6     with PowerPlan not providing the consent to have
 7     Lucasys, we had to terminate our agreement with
 8     Lucasys.
 9                         BY MS. GAGE:
10                    Q.   Did you feel like PowerPlan was
11     bullying Liberty?
12                         MR. FAZIO:  Objection.  Form.
13                         THE WITNESS:  Not -- I don't believe so
14     because we did try to work together with PowerPlan to
15     come up with other options to continue to have Lucasys
16     participate.
17                         BY MS. GAGE:
18                    Q.   Flip back to the first page of
19     this Exhibit 6.  Above the e-mail that we just
20     discussed is a response from you to Mr. Duffy.  It's
21     also on April 21st, and the time stamped is 6:51 p.m.,
22     so that's approximately ten minutes.  It's 12 minutes
23     after his e-mail to you.  Do you see that?
24                    A.   Yes.
25                    Q.   He writes:
```