# EXHIBIT 19



Attorneys' Eyes Only

LucasysRPD0174842

Attorneys' Eyes Only

LucasysRPD0174842

Attorneys' Eyes Only

LucasysRPD0174843



Attorneys' Eyes Only

LucasysRPD0174844



Attorneys' Eyes Only

LucasysRPD0174845



Attorneys' Eyes Only                                                                                                                                                                                        LucasysRPD0174846