# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., | |
| Plaintiff, | Case No.: 1:20-CV-02987-AT |
| v. | Judge Amy Totenberg |
| POWERPLAN, INC., | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING DEFENDANT POWERPLAN, INC.'S MOTION TO PERMIT ELECTRONIC EQUIPMENT

This Court, having considered Defendant PowerPlan, Inc.'s Motion to Permit Electronic Equipment, it is here by **ORDERED AND ADJUDGED:**

1. Defendant PowerPlan, Inc.'s Motion to Permit Electronic Equipment is **GRANTED**.

2. The following individuals have permission to enter the courthouse building with their respective laptops, iPads/tablets, and/or cellular telephones/smart phones for a hearing on May 7, 2024: James M. Brennan and Brittany K. Sykes.

3. Proper identification will be required upon entering the security station. This order shall be effective until the conclusion of the hearing.

2

**SO ORDERED** this __3rd__ day of __May__, 2024.

*/s/ Amy Totenberg*
_____
THE HONORABLE AMY M. TOTENBERG
United States District Court Judge
Northern District of Georgia