# EXHIBIT E

| | |
|---|---|
| **From:** | Fazio, Stephen M. <stephen.fazio@squirepb.com> |
| **Sent:** | Wednesday, January 3, 2024 8:44 PM |
| **To:** | Jason Alloy |
| **Cc:** | Joshua Mayes; Mace, Damond R. |
| **Subject:** | RE: Lucasys, Inc. v. PowerPlan, Inc., No 1:20-cv-2987-AT [I-AMS.FID4816129] |
| **Attachments:** | 20240103_ltr_to_Jason Alloy.pdf |

Dear Jason,

Please see the attached.

Best,

Steve

**From:** Debbie Butler <Debbie.Butler@robbinsfirm.com>
**Sent:** Monday, December 4, 2023 9:09 AM
**To:** Fazio, Stephen M. <stephen.fazio@squirepb.com>
**Cc:** Joshua Mayes <Joshua.Mayes@robbinsfirm.com>
**Subject:** [EXT] Lucasys, Inc. v. PowerPlan, Inc., No 1:20-cv-2987-AT

Mr. Fazio,

Attached please find correspondence from Jason S. Alloy, Esq.
Thank you.

---

**Debbie M. Butler**
T: 404 856 3269 | E: dbutler@robbinsfirm.com

Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia  30318
www.robbinsfirm.com


Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US



Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114

O  +1 216 479 8500
F  +1 216 479 8780
squirepattonboggs.com

Stephen M. Fazio
T  +1 216 479 8403
stephen.fazio@squirepb.com

January 3, 2023

Jason S. Alloy, Esq.
Robbins Alloy, Belinfante, Littlefield, LLC
500 14th Street, N.W.
Atlanta, GA 30318

**Re: Lucasys v. PowerPlan, Inc., No. 1:20-cv-2987-AT**

Dear Jason:

This letter responds to your letter dated November 30, 2023, which I received on December 4, 2023. Suffice it to say, we disagree that our October 21, 2023 letter raised any new issue or deviated in any way from PowerPlan's position throughout this litigation regarding the IP protection letters.

Your speculation that PowerPlan will claim at trial that the testimony of Mr. Bertz or other PowerPlan employees was inaccurate and place attorney-client communications at issue, is unfounded and just that—simply speculation. To be clear, PowerPlan has not made such a claim concerning the witnesses and has not placed any attorney-client communications at issue in this litigation. Accordingly, we decline your request that we waive privilege and produce privileged documents concerning the IP Protection letters.

Sincerely yours,

*Stephen M. Fazio*

Stephen M. Fazio

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

1099744541\1\AMERICAS