IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ORDER AND NOTICE FOR ALL
CIVIL CASES ASSIGNED
TO JUDGE TOTENBERG

## ORDER AND NOTICE

This Order provides notice to all parties with active cases before the Court that, as of July 1, 2024, the marvelous and extraordinarily capable Harry Martin will no longer be the Courtroom Deputy for the undersigned. Mr. Martin has ascended to a leadership position in the Clerk's Office where he will continue his superb service to the Court, and the public, at large. Please direct all future communications regarding court matters to the undersigned's new Courtroom Deputy, Keri Gardner, at keri_gardner@gand.uscourts.gov and 404-215-1437.

**IT IS SO ORDERED** this 27th day of June 2024.

_____
**Honorable Amy Totenberg**
**United States District Judge**