# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LUCASYS INC., *Plaintiff*, v. POWERPLAN, INC., *Defendant*. | Civil Action File No.: 1:20-cv-2987-AT |

## NOTICE OF LEAVE OF ABSENCE FOR JASON S. ALLOY

COMES NOW Jason S. Alloy, attorney for Plaintiff, respectfully notifies this Court, counsel of record and all judges of the following Leave of Absence from the practice of law for out-of-state travel on the following dates:

- October 11, 14 and 18, 2024;
- November 26-29, 2024;
- December 23-27, 2024;
- December 30, 2024 – January 3, 2025;
- January 6, 2025;
- February 28, 2025; and
- March 3-7, 2025.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 2nd day of October, 2024.

/s/ *Jason S. Alloy*
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Jason S. Alloy
Georgia Bar No. 013188
jalloy@robbinsfirm.com
Joshua A. Mayes
Georgia Bar No. 143107
jmayes@robbinsfirm.com
Rachel F. Gage
Georgia Bar No. 547982
Evan C. Dunn
Georgia Bar No. 535202
edunn@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
(678) 701-9381
(404) 856-3255 (fax)

Aaron Gott (admitted *pro hac vice*)
aaron.gott@bonalawpc.com
Bona Law PC
15 South 9th Street, Suite 239
Minneapolis, Minnesota 55402
(612) 284-5001
Jarod Bona (admitted *pro hac vice*)
jarod.bona@bonalawpc.com
Jon Cieslak (admitted *pro hac vice*)
jon.cieslak@bonalawpc.com
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, California 92037
(858) 964-4589
(858) 964-2301 (fax)

*Counsel for Plaintiff Lucasys Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF LEAVE OF ABSENCE FOR JASON S. ALLOY** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all attorneys of record.

This 2nd day of October, 2024.

*/s/ Jason S. Alloy*
Jason S. Alloy